JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INGRID V. EAGLY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FEDERAL BUREAU OF PRISONS and U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　Defendants. | No. CV 20-08968 FMO (GJSx)<br><br>**DISMISSAL ORDER**<br><br>Hon. Fernando M. Olguin<br>United States District Judge |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice.

Dated: December 22, 2021

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Presented by:

AMERICAN IMMIGRATION COUNCIL

___/s/ Emma Winger_____
EMMA WINGER

Attorneys for Plaintff
Ingrid V. Eagly

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

___/s/ Matthew J. Barragan_____
MATTHEW J. BARRAGAN
RYAN C. CHAPMAN
Assistant United States Attorneys

Attorneys for Defendants
Federal Bureau of Prisons and
U.S. Department of Justice

1